IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CORTNEY PAYNE,

Defendant.

**8:26CR28**

**ORDER**

This matter is before the Court on the Motion to Continue Trial (Filing No. 39). Counsel needs additional time to conduct plea negotiations. For good cause shown,

IT IS ORDERED that the Motion to Continue Trial (Filing No. 39) is granted in part as follows:

1. The jury trial now set for November 2, 2026, is continued to **December 14, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 14, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted.

Dated the 19th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge